UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-61738-CIV-ZLOCH

CAROLINA ACQUISITION, LLC, as Owner of a 2005 Twin Screw 66 ½ foot fiberglass motor yacht, "BRYEMERE,"

    Plaintiff,

v.

DOUBLE BILLED, LLC., PRICE MARINE SERVICES, INC., HMY YACHT SALES, INC., THOMAS PRICE, JIM BARBONI, RICHARD C. TALBERT, JR.,

    Defendants.

## MISCELLANEOUS ADMINISTRATIVE REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN EQUIPMENT AND MATERIALS FOR USE AT TRIAL

Defendants, HMY YACHT SALES, INC., and JIM BARBONI, by and through undersigned counsel, hereby requests permission on March 15, 2010 through March 29, 2010 to bring into the Federal Courthouse, located at 299 East Broward Boulevard, Fort Lauderdale, FL 33301, and set up in the courtroom of the Honorable William J. Zloch certain electronic equipment and other materials for use at trial beginning March 15, 2010. The equipment and material will include easels, exhibit boards, laptop computers, video and audio cables, power strips, extension cords, projector, projector screen and five boxes of documents.

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2010, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Richard R. Cochran
Richard R. Cochran
Fla. Bar No. 0097004

FOWLER WHITE BURNETT P.A.
Espirito Santo Plaza, 14th Floor
1395 Brickell Avenue
Miami, Florida 33131-3302
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

CAROLINA ACQUISITION v. DOUBLE BILLED

CASE NO: 07-61738-CIV-ZLOCH

## SERVICE LIST

Robert D. McIntosh, Esquire
Adorno & Yoss, LLP
888 S.E. 3 Avenue, Suite 500
Fort Lauderdale, Florida 33316
Telephone: (954) 523-5885
Facsimile: (954) 760-9531
E-mail: rdm@adorno.com
*Attorney for Plaintiff*

Warren D. Zaffuto, Esquire
Harvey W. Gurland, Jr., P.A.
Duane Morris, LLP
200 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
Telephone: (305) 960-2200
Facsimile: (305) 397-1874
*Attorneys for Plaintiff*

Alexander D. Bono, Esquire
Duane Morris, LLP
30 South 17 Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 979-1181
Facsimile: (215) 689-4472
E-mail: abono@duanemorris.com
*Attorney for Plaintiff*

Andrew N. Mescolotto, Esquire
Christopher Rogers Fertig, Esquire
Fertig & Gramling
200 S.E. 13 Street
Fort Lauderdale, Florida 33316
Telephone: (954) 763-5020
Facsimile: (954) 763-5412
E-mail: chris.fertig@fertig.com
*Attorneys for Defs, Double Billed & Talbert*

A. Thomas Connick, Jr., Esquire
Boutwell & Connick
411 East Hillsboro Boulevard
Deerfield Beach, Florida 33443
Telephone: (954) 428-0300
Facsimile: (954) 428-6506
E-mail: tconnick@aol.com
*Attorney for Defendant, HMY & Barboni*

Carol Waxler, Esquire
Alley, Maass, Rogers & Lindsay
518 S.W. 3 Street, Suite 101
Stuart, Florida 34994
Telephone: (772) 287-4404
Facsimile: (772) 287-4044
E-mail: cwaxler@amrl.com
*Attorney for Defendant, Price Marine*

[sr] W:\79500\MOTION05- to bring certain equipment and material into the F.RCG{3/15/10-10:56}